IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 97-40983
Summary Calendar
_____

KENNETH G. THOMPSON, JR.,

Plaintiff-Appellant,

versus

J. KEITH PRICE, Warden, ET AL.,

Defendants-Appellees.

_____

Appeal from the United States District Court for the
Southern District of Texas
USDC No. G-93-CV-12

_____

July 27, 1998

Before JOLLY, BENAVIDES, and PARKER, Circuit Judges.

PER CURIAM:[*]

Kenneth G. Thompson, Jr., Texas state prisoner #428236, appeals from the district court's dismissal of his civil rights suit as frivolous pursuant to 28 U.S.C. § 1915(e)(2). He argues that the defendants deprived him of his personal property, that the defendants were deliberately indifferent to his serious medical needs, that he was subjected to unreasonable housing and job assignments in retaliation for his legal activities, that he was denied access to the prison law library, that he was improperly

_____

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

excluded from a substance abuse program, and that the district court abused its discretion by refusing to exercise its supplemental jurisdiction over his state law claims.  We have reviewed the record and find no reversible error.  Accordingly, the judgment is AFFIRMED for essentially the reasons stated by the district court.

A F F I R M E D.